OTMAR J. PELLET, APPELLANT-PETITIONER, v. DEPART-
MENT OF CIVIL SERVICE, ET AL., RESPONDENTS-
RESPONDENTS.

See same case below: 10 *N. J. Super.* 52.

*Messrs. Markley & Broadhurst, Mr. Edward A. Markley,
Mr. Otmar J. Pellet* and *Mr. James J. Langan* for the peti-
tioner.

*Mr. Dominick J. Marrone* and *Mr. E. Norman Wilson* for
the respondents.

January 29, 1951.   Denied.

WILLIAM EVTUSH, Sr., ADMINISTRATOR, ETC., ET AL.,
PLAINTIFFS-RESPONDENTS, v. THE HUDSON BUS
TRANSPORTATION CO., INC., ET AL., DEFENDANTS-
PETITIONERS.

See same case below: 10 *N. J. Super.* 45.

*Mr. Reynier J. Wortendyke, Jr.,* and *Mr. Isidor Kalisch*
for the petitioners.

*Mr. Meyer Pesin* for the respondents.

February 5, 1951.   Granted.